IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN D. GLENN, JR.,<br><br>Defendant. | CRIMINAL ACTION<br>NO. 15-99-1 |

## ORDER

**AND NOW**, this 24th day of August 2018, upon consideration of Defendant John D. Glenn Jr.'s Motion to Reconsider the Motion to Dismiss the Indictment (Doc. No. 217); the Government's Response in Opposition (Doc. No. 219); Defendant's Reply Motion and Memorandum to the Government's Response (Doc. No. 225); Defendant's Motion and Memorandum of Law for an Evidentiary Hearing (Doc. No. 218); and in accordance with the Opinion issued on this day, it is **ORDERED** that:

1. Defendant's Motion to Reconsider the Motion to Dismiss the Indictment (Doc. No. 217) is **DENIED.**

2. Defendant's Motion and Memorandum of Law for an Evidentiary Hearing (Doc. Nos. 218, 221) is **DENIED.**

3. Defendant's Cross-Motion for In Camera Inspection of FBI Rough Notes (Doc. No. 226) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.