IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>JOHN D. GLENN, JR.,<br><br>Defendant. | CRIMINAL ACTION<br>NO. 15-99-1 |

## ORDER

**AND NOW**, this 24th day of August 2018, upon consideration of Defendant John D. Glenn, Jr.'s Motion for Acquittal and/or New Trial (Doc. No. 151), Glenn's Brief in Support of the Motion (Doc. No. 152), Glenn's Memorandum in Support of the Motion (Doc. No. 170), the Government's Response in Opposition (Doc. No. 178), and in accordance with the Opinion issued on this day, it is **ORDERED** that Defendant's Motion for Acquittal and/or New Trial (Doc. No. 151), is **DENIED**.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.