IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN D. GLENN, JR.,<br><br>        Defendant. | CRIMINAL ACTION<br>NO. 15-99-1 |

## ORDER

**AND NOW**, this 9th day of October 2019, upon consideration of Defendant John D. Glenn, Jr.'s second Motion for Acquittal and/or New Trial (Doc. No. 259), its Supplement (Doc. No. 260), the Government's Response in Opposition (Doc. No. 269), and Defendant's Reply to the Government's Response (Doc. No. 280), and in accordance with the Opinion issued on this day, it is **ORDERED** that Defendant's second Motion for Acquittal and/or New Trial (Doc. No. 259), including its Supplement (Doc. No. 260), is **DENIED**.

It is **FURTHER ORDERED**, in accordance with the Opinion issued on this day, as follows:

1. Defendant's Motion for an Evidentiary Hearing (Doc. No. 281) is **DENIED**.

2. Defendant's Motion for Bail (Doc. No. 283) is **DENIED**.

3. Defendant's Motion for Reconsideration of Defendant's Motion to Challenge Federal Jurisdiction (Doc. No. 284) is **DENIED**.

4. Defendant's Petitions for Criminal Referral (Doc. No. 287; Doc. No. 288) are **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.