IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> JOHN GLENN, <br><br> Defendant. | CRIMINAL ACTION <br> NO. 15-99 |

## ORDER

**AND NOW**, this 28th day of July 2021, upon consideration of Defendant John Glenn's Motions for Compassionate Release (Doc. No. 325, 326, 330) and the Government's Response (Doc. No. 331), it is **ORDERED** that Defendant's Motions for Compassionate Release (Doc. No. 325, 326, 330) are **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky\_\_\_\_\_
JOEL H. SLOMSKY, J.