IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| JOHN D. GLENN, JR., | NO. 15-99 |
| Defendant. | |

# ORDER

**AND NOW**, this 6th day of July 2023, upon consideration of Defendant's pro se Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (the "§ 2255 Motion") (Doc. No. 357), the Government's Response in Opposition (Doc. No. 362), and Defendant's Reply (Doc. No. 366), it is **ORDERED** that Defendant's § 2255 Motion (Doc. No. 357) is **DENIED**. A certificate of appealability will not issue in this case because Defendant has failed to make a substantial showing of the denial of a constitutional right.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.